**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Alfonso CASTILLO–CASTELLA-NOS, aka Juan Alfonso Castillo,**
**Defendant–Appellant.**

**No. 06–10516.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 7, 2008.

Barbara J. Valliere, Esq., Jeffrey Finigan, Esq., USSF–Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

George C. Boisseau, Esq., Santa Rosa, CA, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), Juan Alfonso Castillo–Castellanos appeals from the district court's order concluding that it would have imposed the same 86–month sentence had it known that the Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Castillo–Castellanos contends that the district court erred by not resentencing him on remand. However, because we ordered a limited remand pursuant to *Ameline* and the district court subsequently ruled that it would not have imposed a different sentence had it known that the Guidelines were advisory, Castillo–Castellanos was not entitled to resentencing. *See United States v. Combs,* 470 F.3d 1294, 1296–97 (9th Cir.), *cert. denied,* —— U.S. ——, 128 S.Ct. 1071, 169 L.Ed.2d 816 (2008); *see also United States v. Perez,* 475 F.3d 1110, 1114 (9th Cir.2007) (holding that a district court is required to comply with this Court's mandate). We also hold that Castillo–Castellanos was not entitled to a new presentence report on remand. *Cf. United States v. Silva,* 472 F.3d 683, 689 (9th Cir.), *cert. denied,* —— U.S. ——, 128 S.Ct. 201, 169 L.Ed.2d 135 (2007).

Castillo–Castellanos also contends that his sentence is substantively unreasonable. We conclude that the sentence is reasonable in light of the factors contained in 18 U.S.C. § 3553(a). *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 594, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.